UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN WILLIAM NEIRA MARQUEZ,

                Plaintiff,

-against-

KIRBY FORENSIC PSYCHIATRIC CENTER, et al.,

                Defendants.

22-CV-5678 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 5, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* because his application did not show that he was unable to pay the filing fee. The Court directed Plaintiff, within thirty days, to pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees or responded to the Court's order. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment shall issue.

SO ORDERED.

Dated:    August 9, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                           Chief United States District Judge