UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN WILLIAM NEIRA MARQUEZ,

                Plaintiff,

    -against-

KIRBY FORENSIC PSYCHIATRIC CENTER, et al.,

                Defendants.

22-CV-5678 (LTS)

CIVIL JUDGMENT

---

For the reasons stated in the August 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 9, 2022
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge